UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE THE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL CRIMINAL PROSECUTION OF JULIAN ASSANGE | Misc. Action No. _____ |

**[PROPOSED] ORDER GRANTING APPLICATION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL CRIMINAL PROSECUTION OF JULIAN ASSANGE**

This matter coming before the Court upon the Application of the Reporters Committee for Freedom of the Press to unseal court records, including the Court's docket and any criminal complaint, indictment, or other charging document, from the United States government's prosecution of Julian Assange ("Assange"). Upon review and consideration of the Reporters Committee's Application, supporting Memorandum of Points and Authorities, and any opposition thereto, it is hereby **ORDERED** as follows:

The Application is **GRANTED**. All court records, including the Court's docket and any indictment or other charging document, from the United States government's pending prosecution of Assange are **HEREBY UNSEALED.**

**SO ORDERED** this _____ day of _____, 2018.

_____
United States District Court Judge