**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **IN RE THE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL CRIMINAL PROSECUTION OF JULIAN ASSANGE** | Misc. Action No. _____ |

**[PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE**

Upon consideration of the Motion for Admission Pro Hac Vice of Gabriel Rottman, filed by Caitlin Vogus of the Reporters Committee for Freedom of the Press on November 16, 2018, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2018.

_____
United States District Court Judge