UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE THE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL CRIMINAL PROSECUTION OF JULIAN ASSANGE | Misc. Action No. _____ |

## MOTION FOR ADMISSION PRO HAC VICE

I, Caitlin Vogus, of the Reporters Committee for Freedom of the Press, 1156 15th Street NW, Suite 1020, Washington, DC 20005, hereby move to admit *pro hac vice* KatieLynn Townsend, of the Reporters Committee for Freedom of the Press, 1156 15th Street NW, Suite 1020, Washington, DC 20005, for the purpose of acting as counsel for the Reporters Committee for Freedom of the Press in this matter. The required application is attached.

Respectfully submitted,

                                                          */s Caitlin Vogus*
                                                          Caitlin Vogus
                                                          VA Bar No. 81054
                                                          THE REPORTERS COMMITTEE FOR
                                                          FREEDOM OF THE PRESS
                                                          1156 15th St. NW, Suite 1020
                                                          Washington, DC 20005
                                                          Phone: 202.795.9300
                                                          Facsimile: 202.795.9310
                                                          cvogus@rcfp.org
                                                          *Counsel for Applicant the Reporters*
                                                          *Committee for Freedom of the Press*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **MOTION FOR ADMISSION PRO HAC VICE** was filed with the Clerk of Court using the CM/ECF system, and served on counsel for the following via email and U.S. Mail:

Kellen Dwyer
U.S. Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
kellen.dwyer@usdoj.gov

Barry J. Pollack
Robbins Russell
2000 K Street, NW
4th Floor
Washington DC 20006
United States of America
bpollack@robbinsrussell.com
*Attorney for Interested Party Julian Assange*

This the 16th day of November, 2018.

*/s Caitlin Vogus*
Caitlin Vogus