**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**IN RE THE APPLICATION OF
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS TO UNSEAL
CRIMINAL PROSECUTION OF JULIAN
ASSANGE**

Misc. Action No. _____

**[PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE**

Upon consideration of the Motion for Admission Pro Hac Vice of KatieLynn Townsend,

filed by Caitlin Vogus of the Reporters Committee for Freedom of the Press on November 16,

2018, it is hereby **ORDERED** as follows:

1.  The Motion is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2018.

_____
United States District Court Judge