**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| **IN RE THE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL CRIMINAL PROSECUTION OF JULIAN ASSANGE** | Misc. Action No. 1:18-mc-00037-LMB-JFA |
|---|---|

**NOTICE**

PLEASE TAKE NOTICE that on Tuesday, November 27, 2018, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the applicant will present to the Court the Application of the Reporters Committee for Freedom of the Press to Unseal Criminal Prosecution of Julian Assange.

Dated: November 19, 2018

Respectfully submitted,

*/s/ Caitlin Vogus*

Caitlin Vogus
VA Bar No. 81054
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
cvogus@rcfp.org
*Counsel of Record for Applicant the Reporters Committee for Freedom of the Press*

Katie Townsend*
Gabriel Rottman*
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS

1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
*Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **NOTICE** was filed with the Clerk of Court using the CM/ECF system, and served on counsel for the following via email and U.S. Mail:

Kellen Dwyer
U.S. Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
kellen.dwyer@usdoj.gov

Barry J. Pollack
Robbins Russell
2000 K Street, NW
4th Floor
Washington DC 20006
United States of America
bpollack@robbinsrussell.com
*Attorney for Interested Party Julian Assange*

This the 19th day of November, 2018.

*/s Caitlin Vogus*
Caitlin Vogus