IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN RE THE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL CRIMINAL PROSECUTION OF JULIAN ASSANGE | No. 1:18-mc-37 |

NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Assistant United States Attorney Gordon D. Kromberg as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:  /s
Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of November 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

                                        /s  
                                        Gordon D. Kromberg  
                                        Assistant United States Attorney  
                                        Attorney for the United States of America  
                                        United States Attorney's Building  
                                        Justin W. Williams U.S. Attorney's Building  
                                        2100 Jamieson Avenue  
                                        Alexandria, Virginia  22314  
                                        Phone:  703-299-3700  
                                        Fax:  703-299-3981  
                                        Email Address: gordon.kromberg@@usdoj.gov