# CIVIL MOTION MINUTES

Date: 11/27/18   

Judge: Brinkema
Reporter: A. Thomson

Time: 10:28am – 10:51am

Civil Action Number: 18mc37

**In Re:** Application of Reporters Committee for Freedom of the Press to Unseal Criminal Prosecution of Julian Assange

**Movant:** Reporters Committee for Freedom of the Press
vs.
**Interested Party:** United States Attorney for The Eastern District of Virginia
Julian Assange

Appearances of Counsel for:
**Movant**: Caitlin Vogus & KatieLynn Townsend
**Interested Party U.S. Attorney**: Gordon Kromberg & Tracy McCormick

Motion to/for:
 #1 Motion to Unseal Document -

Argued &
(  ) Granted    (    ) Denied (     ) Granted in part/Denied in part
(X)Taken Under Advisement (     ) Continued to

(  ) Memorandum Opinion to Follow

(  )  Order to follow