IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL CRIMINAL PROSECUTION OF JULIAN ASSANGE | ) ) ) ) )   1:18-mc-37 (LMB/JFA) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Application of the Reporters Committee for Freedom of the Press to Unseal Criminal Prosecution of Julian Assange [Dkt. No. 1] be and is DENIED WITHOUT PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil proceeding.

Entered this 30 day of January, 2019.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge