## U.S. District Court
## Eastern District of Virginia - (Alexandria)
## CRIMINAL DOCKET FOR CASE #: 1:18-cr-00111-CMH-1

Case title: USA v. Assange                    Date Filed: 03/06/2018

Assigned to: District Judge Claude M.
Hilton

**Defendant (1)**

**Julian Paul Assange**

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371, 1030(a)(1), 1030(a)(2), 1030(c)(2)(B)(ii) Conspiracy to Commit Computer Intrusion<br>(1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:371 Conspiracy to (1) access a computer, without authorization and exceeding authorized access, to obtain classified national defense information in violation of 18 U.S.C. § 1030(a)(1); and (2) access a computer, without authorization and exceeding authorized access, to obtain infomnation from a department or agency of the United States in furtherance of a criminal act in violation of 18 U.S.C. § 1030(a)(2), (c)(2)(B)(ii) | |

**Plaintiff**

**USA**                    represented by    **Kellen Dwyer**
US Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314

**NA**
703-299-3700
Email: kellen.dwyer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

**Thomas W. Traxler**
US Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
**NA**
703-299-3700
Email: thomas.traxler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

**Gordon D. Kromberg**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703)299-3700
Email: gordon.kromberg@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2017 | 1 | SEALED COMPLAINT as to Julian Paul Assange (1). (krob, ) [1:17-mj-00611-TCB *SEALED*] (Entered: 12/21/2017) |
| 12/21/2017 | 2 | AFFIDAVIT by USA as to Julian Paul Assange 1 Complaint (Sealed) (krob, ) [1:17-mj-00611-TCB *SEALED*] (Entered: 12/21/2017) |
| 12/21/2017 | 3 | Defendant Information Sheet (krob, )[1:17-mj-00611-TCB *SEALED*] (Entered: 12/21/2017) |
| 12/21/2017 | 4 | Redacted Criminal Case Cover Sheet (krob, )[1:17-mj-00611-TCB *SEALED*] (Entered: 12/21/2017) |
| 12/21/2017 | 5 | MOTION to Seal Case by USA as to Julian Paul Assange. (krob, ) [1:17-mj-00611-TCB *SEALED*] (Entered: 12/21/2017) |
| 12/21/2017 | 6 | ORDER granting 5 Motion to Seal Case **until the defendant is arrested andextradited, except that the United States may provide a copy of these documents, and information relating thereto, to such foreign and domestic law enforcement, judicial, and diplomatic personnel as necessary to secure the defendant's arrest and extradition** as to Julian Paul Assange (1). Signed by Magistrate Judge Theresa Carroll Buchanan on 12/21/17. (krob) [1:17-mj-00611-TCB *SEALED*] (Entered: 12/21/2017) |
| 12/21/2017 | 7 | Arrest Warrant Issued by Magistrate Judge Theresa Carroll Buchanan in case as to Julian Paul Assange. (krob, ) [1:17-mj-00611-TCB *SEALED*] (Entered: 12/21/2017) |
| 03/06/2018 | 8 | SEALED INDICTMENT as to Julian Paul Assange (1) count(s) 1. (krob, ) (Entered: 03/07/2018) |
| 03/06/2018 | 11 | Redacted Criminal Case Cover Sheet (krob, ) (Entered: 03/07/2018) |

| 03/06/2018 | 12 | MOTION to Seal Case by USA as to Julian Paul Assange. (krob, ) (Entered: 03/07/2018) |
| 03/06/2018 | 13 | ORDER granting 12 Motion to Seal Case **until the defendant is arrested** as to Julian Paul Assange (1). Signed by Magistrate Judge Theresa Carroll Buchanan on 3/6/18. (krob, ) (Entered: 03/07/2018) |
| 03/06/2018 | 14 | Arrest Warrant Issued by Magistrate Judge Theresa Carroll Buchanan in case as to Julian Paul Assange. (krob, ) (Entered: 03/07/2018) |
| 04/11/2019 | 16 | Under Seal Notice filed by the USA. (kbar, ) (Entered: 04/11/2019) |
| 04/11/2019 | 17 | MOTION to Unseal Case by USA as to Julian Paul Assange. (kbar, ) (Entered: 04/11/2019) |
| 04/11/2019 | 18 | Sealed Order granting 17 Sealed Motion as to Julian Paul Assange. Signed by District Judge Claude M. Hilton on 4/11/19. (kbar) (Entered: 04/11/2019) |
| 04/11/2019 | | Case unsealed **AS TO THE INDICTMENT ONLY. ALL OTHER DOCUMENTS SEALED UNTIL FURTHER ORDER OF THE COURT** as to Julian Paul Assange. (kbar, ) (Entered: 04/11/2019) |
| 04/11/2019 | 19 | NOTICE OF ATTORNEY APPEARANCE Gordon D. Kromberg appearing for USA. (Kromberg, Gordon) (Entered: 04/11/2019) |
| 04/15/2019 | 20 | Sealed Motion by USA as to Julian Paul Assange. (Attachments: # 1 Proposed Order) (kbar, ) (Entered: 04/15/2019) |
| 04/15/2019 | 21 | ORDER granting 20 Sealed Motion and that the Clerk's Office shall unseal the following two documents: (1) the criminal complaint and (2) the affidavit supporting the criminal complaint, filed on December 21,2017. The Clerk's Office shall also unseal this motion and Order as to Julian Paul Assange (1). Signed by District Judge Claude M. Hilton on 4/15/19. (kbar) (Entered: 04/15/2019) |
| 04/15/2019 | | DOCUMENTS unsealed per court order entered on 4/15/19 as to Julian Paul Assange. (kbar, ) (Entered: 04/15/2019) |
| 04/17/2019 | 22 | MOTION to Unseal Document *and Docket* by USA as to Julian Paul Assange. (Attachments: # 1 Proposed Order)(Traxler, Thomas) (Entered: 04/17/2019) |
| 04/17/2019 | 23 | ORDER granting 22 Motion to Unseal the Docket and Specific Filings. The Clerk's Office shall also unseal the specific documents in the following docket entries: Dkt. Nos. 6 , 12 , 13 , 16 , 17 , 18 , 20 . The Motion to Seal Dkt. No 5 , Redacted Criminal Case Cover Sheet Dkt. No. 4 , and Redacted Criminal Case Cover Sheet Dkt. No. 11 , shall remain under seal, for the reasons stated in the government's motion. The documents filed in all other docket entries shall remain under seal until further order of the Court as to Julian Paul Assange (1). Signed by District Judge Claude M. Hilton on 4/17/19. (kbar) (Entered: 04/17/2019) |
| 04/17/2019 | | Documents unsealed per Order entered on 4/17/19 as to Julian Paul Assange. (kbar, ) (Entered: 04/17/2019) |
| 04/17/2019 | 24 | Redacted version of 5 SEALED MOTION to Seal Case filed by USA. (kbar, ) (Entered: 04/17/2019) |
| 04/17/2019 | 25 | Redacted version of 4 Redacted Criminal Case Cover Sheet filed by USA. (kbar, ) (Entered: 04/17/2019) |
| 04/17/2019 | 26 | Redacted version of 11 Redacted Criminal Case Cover Sheet filed by USA. (kbar, ) (Entered: 04/17/2019) |

| 04/17/2019 | | Docket sheet unsealed. (kbar,) (Entered: 04/17/2019) |

### PACER Service Center

#### Transaction Receipt

04/17/2019 16:20:39

| PACER Login: | reporters:2620841:0 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:18-cr-00111-CMH |
| Billable Pages: | 3 | Cost: | 0.30 |