**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **IN RE THE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL CRIMINAL PROSECUTION OF JULIAN ASSANGE** | Misc. Action No. 18-mc-37<br>Related to Case No. 18-cr-111 |

**[PROPOSED] ORDER GRANTING RENEWED APPLICATION OF
THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO
UNSEAL CRIMINAL PROSECUTION OF JULIAN ASSANGE**

This matter coming before the Court upon the Renewed Application of the Reporters Committee for Freedom of the Press (the "Reporters Committee") to unseal certain court records related to the United States government's criminal prosecution of WikiLeaks founder Julian Assange.  Upon review and consideration of the Reporters Committee's Renewed Application, supporting Memorandum of Points and Authorities, and any opposition thereto, it is hereby **ORDERED** as follows:

    1.  The Renewed Application is **GRANTED**.

    2.  The entirety of the government's motion to seal filed on December 21, 2017 at ECF No. 5, an arrest warrant issued on December 21, 2017 at ECF No. 7, and an arrest warrant issued on March 6, 2018 at ECF No. 14 are hereby unsealed.  The Clerk of the Court is directed to unseal the aforementioned documents and to make them publicly available.

3.   The government is hereby ordered to file within two business days of the date of this Order a redacted version of the letter at ECF No. 15 that redacts any personal identifying information.  The name(s) of the sender(s) and recipient(s) of the letter shall not be redacted.

**SO ORDERED** this _____ day of _____, 2019.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **[PROPOSED] ORDER GRANTING RENEWED APPLICATION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL CRIMINAL PROSECUTION OF JULIAN ASSANGE** was filed with the Clerk of Court using the CM/ECF system, and served on counsel for the following via email and U.S. Mail:

Kellen Dwyer
U.S. Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
kellen.dwyer@usdoj.gov

Barry J. Pollack
Robbins Russell
2000 K Street, NW
4th Floor
Washington DC 20006
United States of America
bpollack@robbinsrussell.com
*Attorney for Interested Party Julian Assange*

This the 18th day of April, 2019.

*/s/ Caitlin Vogus*
Caitlin Vogus