IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| IN RE: APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL CRIMINAL PROSECUTION OF JULIAN ASSANGE SUBPOENA FOR CHELSEA MANNING. | ) ) ) ) ) ) ) ) ) ) | Case No. 1:18-mc-37  Crim. Action No. 18-cr-111 |

## ORDER

THIS MATTER comes before the Court on the Reporters Committee's Application to Unseal the Criminal Prosecution of Julian Assange. The Court notes that the majority of the prosecution has been unsealed per its order dated April 17, 2019. There are however four items which remain sealed: (1) an excerpt from the Government's Motion to Seal the Criminal Complaint (Dkt. 5); (2) an arrest warrant dated December 21, 2017 (Dkt. 7); (3) an arrest warrant dated March 6, 2018 (Dkt. 14); and (4) a letter filed with the Clerk's Office (Dkt. 15). Each will be addressed in turn below.

The Court first turns to the excerpt from the Government's Motion to Seal which remains redacted after the unsealing of the rest of the document. The excerpt is a portion of Paragraph One of

the Government's Motion to Seal which relates to an ongoing criminal investigation. The Court finds that premature release of the redacted information could jeopardize said investigation and such a concern outweighs the public's right of access. In re Knight Publ'g Co., 743 F.2d 231, 235 (4th Cir. 1984). As such, Paragraph One of the Government's Motion to Seal will remain in its current redacted form.

The Court next looks to the requested unsealing of the arrest warrants dated December 21, 2017 and March 6, 2018. Both of these warrants remain unexecuted. Accordingly, the requested unsealing of these documents will be denied.

Lastly, the Court reviews the request to unseal a letter written to the Clerk's Office. The Government's only notes that there are personal identifiers in the letter. The Court finds that this document may be unsealed upon the filing of a redacted version of the letter pursuant to Fed. R. Crim. P. 49.1(e). For these reasons, it is hereby

ORDERED that the Reporters Committee Application for Unsealing is DENIED in part as to the excerpt from the Government's Motion to Seal and the unexecuted arrest warrants (Dkts. 5, 7, & 14) and GRANTED in part as to the Letter to the Clerk's Office (Dkt. 15). It is further

ORDERED that the Government shall FILE a redacted copy of the Letter to the Clerk's Office in conformity with Fed. R. Crim. P. 49.1 prior to its unsealing.

*/s/ Claude M. Hilton*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May _1_, 2019

3